JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANI HARUTYUNYAN,

Plaintiff,

v.

U.S. BANCORP, et al.,

Defendants.

Case No. CV 26-45-MWF(PVCx)

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court has considered the parties' Joint Stipulation for Dismissal with Prejudice (the "Stipulation"). (Docket No. 20). For good cause shown, the Court GRANTS the Stipulation. Plaintiff Ani Harutyunyan's claims are hereby DISMISSED with prejudice. Each party is to bear their own attorney's fees and costs, in consideration of a negotiated settlement executed by the parties.

IT IS SO ORDERED.

Dated: August 27, 2026

MICHAEL W. FITZGERALD
United States District Judge